122 P.3d 21

# SUPREME COURT OF HAWAI'I

State v. Van Alderwerelt .......... 26161     10/13/2005  Dismissed     108 Hawai'i 401, 120 P.3d 1136